June 24, 2005

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000

Mr. Marc A. Fuller
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Mr. Larry Zinn
Law Office of Larry Zinn
P. O. Box 12448
San Antonio, TX 78212

Mr. Thomas S. Leatherbury
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

RE: Case Number: 04-0115
 Court of Appeals Number: 13-02-00544-CV
 Trial Court Number: 2001-10-4302-B

Style: FREEDOM NEWSPAPERS OF TEXAS, ET AL.
 v.
 CONRADO M. CANTU

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |
| |Mr. Jorge C. Rangel|
| | |
| |Mr. Gregory S. |
| |Coleman |